J5-e

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   SACV 07-0493 DOC (ANx) |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $16,114.68 IN U.S. FUNDS, | |
| Defendant. | |
| SUZANNE XUAN DANG, | |
| Claimant. | |

    This action was filed on May 2, 2007.  Notice was
given and published in accordance with law.  Claimant Suzanne
Xuan Dang filed a claim opposing forfeiture on June 11, 2007 and
an answer on July 6, 2007.  No other claims or answers have been
filed, and the time for filing such claims and answers has

1 | expired.   Plaintiff and claimant have reached an agreement that
2 | is dispositive of the action.   The parties hereby request that
3 | the Court enter this Consent Judgment of Forfeiture.   **WHEREFORE,**
4 | **IT IS ORDERED, ADJUDGED AND DECREED:**

5 |    1.   This court has jurisdiction over the parties and the
6 |         subject matter of this action.

7 |    2.   Notice of this action has been given in accordance with
8 |         law.   All potential claimants to the defendant currency
9 |         other than claimant are deemed to have admitted the
10 |        allegations of the Complaint.   The allegations set out
11 |        in the Complaint are sufficient to establish a basis
12 |        for forfeiture.

13 |   3.   The United States of America shall have judgment as to
14 |        $8,057.34 of the defendant currency, plus all interest
15 |        earned by the government on the entirety of the
16 |        defendant currency, and no other person or entity shall
17 |        have any right, title or interest therein.   The United
18 |        States Marshals Service is ordered to dispose of said
19 |        assets in accordance with law.

20 |   4.   $8,057.34 of the defendant currency, without any
21 |        interest earned by the government on that amount, shall
22 |        be returned to claimant Suzanne Xuan Dang.   Said funds
23 |        shall be forwarded by check made payable to "Charles H.
24 |        Manh, Esq., Attorney-Client Trust Account," and shall
25 |        be mailed to Charles H. Manh, Esq., Law Offices of
26 |        Charles H. Manh, 8990 Westminster Blvd., Second Floor,
27 |        Westminster, California 92683.

28 | //

5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Postal Inspection Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant currency can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

//
//
//
//
//
//
//
//
//
//
//
//

3

1    7.   The Court finds that there was reasonable cause for the

2  seizure of the defendant currency and institution of these

3  proceedings.  This judgment shall be construed as a certificate

4  of reasonable cause pursuant to 28 U.S.C. § 2465.

5

6  Dated: *October 29*, 2008

7                                     *David O Carter*

8                                     THE HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE
9

10  Approved as to form and content:

11  Dated: October 9, 2008        THOMAS P. O'BRIEN
                                   United States Attorney
12                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
13                                 Chief, Criminal Division
                                   STEVEN R. WELK
14                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
15
                                   *Frank Kortum*
16                                 FRANK D. KORTUM
                                   Assistant United States Attorney
17                                 Asset Forfeiture Section

18                                 Attorneys for Plaintiff
                                   United States of America
19
    Dated: October 8th, 2008       LAW OFFICES OF CHARLES H. MANH
20                                 A Professional Law Corporation

21
                                   _____
22                                 CHARLES H. MANH
                                   Attorney for Claimant
23                                 Suzanne Xuan Dang

24

25

26

27

28

                                   4